**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.H.R., A MINOR | : | No. 231 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: B.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN THE INTEREST OF: T.L., III, A MINOR | : | No. 232 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: B.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.